The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 19, 2015, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 19, 2015



Entered pursuant to Administrative Order No. 02-10, Kenneth J. Hirz, Clerk of Bankruptcy Court
By: /s/ A. A. Threatt
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Karen Counts | ) | Case No. 14-12214 |
| | ) | JUDGE ARTHUR I. HARRIS |
| | ) | CHAPTER 13 |
| Debtor(s) | ) | AMENDED |
| | ) | ORDER DIRECTING EMPLOYER |
| Social Security No. XXX-XX-2436 | ) | TO MAKE DEDUCTIONS FROM |
| | ) | DEBTOR-EMPLOYEE'S WAGES, |
| | ) | COMBINED WITH RELATED |
| | ) | ORDERS |

To: Church of Saint Peter

The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name: Church of Saint Peter
 ATTN: Payroll Department
Address: 3655 Oberlin Avenue
City/State/Zip: Lorain, OH 44053
Phone: (440) 282-9103

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $750.00 per month and the same amount from each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 593
Mephis, TN 38101-0593

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment is terminates during the term of the plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

| | |
|---|---|
| Attorney for Debtor: | /s/ James M. McClain<br>James M. McClain, Sup. Ct. #0014011 |
| Address: | 105 Court Street, #321 |
| City/State/Zip: | Elyria, OH 44035 |
| Phone: | 440-322-0596 |

SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

CERTIFICATE OF SERVICE

A copy of the foregoing Order Directing Employer to Make Deductions from Debtor-Employee's Wages was mailed by regular U.S. Mail to the following:

Craig Shopneck, Trustee
Office of the Chapter 13 Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321

Employer:

Church of Saint Peter
3655 Oberlin Avenue
Lorain, OH 44053

Debtor:

Karen Counts
1020 East Erie Avenue
Lorain, OH 44052

Attorney for Debtor:

James M. McClain, Esq.
105 Court Street, #321
Elyria, OH 44035